From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. BRYAN LANTIS MERCER, Defendant.

## DECISION

No. 4138

The application of the above-named defendant for a review of the sentence of 20 years for Aggravated Assault; to be served consecutive with a prior sentence in 1972 for Homicide; and the Defendant shall be ineligible for Parole and Prison Furlough Programs; and shall be DESIGNATED AS A DANGEROUS OFFENDER imposed on November 26, 1979, was fully heard and after a careful consideration of the entire matter it is decided that: the Sentence Review Board unanimously affirmed Judge Lessley's decision. The sentence shall remain the same as originally imposed.

The motion presented to the Court by County Attorney Mike Salvagni, is hereby denied.

We wish to thank Mike Salvagni, County Attorney from Bozeman for appearing before the Sentence Review Board.

We also wish to thank Mr. Bryan Mercer for presenting his case to this Court.

DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. LESTER SMITH, Defendant.

## DECISION

No. CDC-86-089

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 7 years, Count II, Theft, 7 years; the sentences shall be served concurrently with 36 days credit for time served imposed on August 8, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

HONORABLE JUDGE THOMAS HONZEL DISSENTS: He would have reduced the sentence by suspending three of the seven years. Although the sentencing court had reasons to impose the seven years sentence, based on the Defendant's record and given the circumstances under which this arose, the County Attorney recommended a deferred sentence. While not mandated, the better practice is to afford a defendant an opportunity to withdraw a plea of guilty if the sentence is contrary to the plea bargain, as was the case here.

We wish to thank Steve Hagerman, Deputy County Attorney, from Cascade County for appearing before the Sentence Review Board.

4

We also wish to thank John Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.
DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. MARTIN DOUGLAS MENDENHALL, Defendant.

## DECISION

No. 6603

The application of the above-named defendant for a review of the sentence of 20 years for Sexual Intercourse without Consent; 10 years for a Persistent Felony Offender; the sentences shall be served consecutive without the benefit of parole or work furlough imposed on June 18, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

HONORABLE DOUGLAS HARKIN DISSENTS: He believes that the sentence should be increased by designating him as a DANGEROUS OFFENDER and would also increase the Persistent Felony Offender sentence by 10 years which should be a total of 40 years to serve as a Dangerous Offender. The Petitioner has demonstrated that he cannot be rehabilitated and he should be kept in prison for as long as possible.

We wish to thank Ed McLean, Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We also wish to thank John Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.
DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. JOHN ROBERT THORNTON, Defendant.

## DECISION

No. 7296